■ In the Matter of FRANCIS I. WALLACE et al., Respondents, v JOSEPH WIEDENBECK, JR., et al., Constituting the Officers and Executive Board of Citizens Opposed to Sales Tax, Inc. (C.O.S.T., Inc.), Appellants, and WILLIAM W. SCRIBER et al., Constituting the Oswego County Board of Elections, et al., Respondents. (Appeal No. 2.) [675 NYS2d 572] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the same Memorandum as in *Matter of Wallace v Wiedenbeck* (251 AD2d 1091 [decided herewith]). (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.—Election Law.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.